UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:20-cv-22700-KMW

ROBERTO RUIZ
and other similarly situated individuals,

    Plaintiff(s),

v.

PURA VIDA MEDICAL CENTER, LLC

    Defendant,
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, ROBERTO RUIZ, and Defendant PURA VIDA MEDICAL CENTER, LLC, by and through their undersigned counsel, hereby stipulate to the dismissal of the action with prejudice, the parties to bear their own attorney's fees, and costs, except as otherwise set forth in the parties' Settlement Agreement.  The Parties request that the Court retain jurisdiction for 60 days to enforce the terms of the Parties' settlement agreement.  In support of the Parties' Stipulation for Dismissal with Prejudice, the Parties state as follows:

1. On December 16, 2020 the Parties appeared before Magistrate Judge Edwin G. Torres and participated in the settlement conference.  With Magistrate Judge Torres' assistance, the Parties reached an agreement to resolve and settle the claims asserted by Plaintiff against Defendant.

2. After all material terms were announced in open court, the Court determined that the Parties' settlement was a fair and reasonable resolution of Plaintiff's claims

3. On December 18, 2020, the Parties consented to Magistrate Jurisdiction.

4. The Parties hereby file this Stipulation of Dismissal with Prejudice.

Dated: December 18, 2020

Respectfully submitted,

| | |
|---|---|
| **ZANDRO E. PALMA, P.A**. | **HERRERA LAW FIRM, P.A.** |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |
| 9100 S. Dadeland Blvd., Ste 1500 | 8370 W. Flagler Street, Suite 252 |
| Miami, FL 33156 | Miami, Florida 33144 |
| | |
| By: */s/Zandro E. Palma* | By: */s/ Jose-Trelles Herrera* |
|    Zandro E. Palma, Esq. | Jose-Trelles Herrera, Esq. |
|    Fla. Bar No. 0024031 | Florida Bar No.: 113685 |
|    Telephone (305) 446-1500 | Telephone: (305) 445-1100 |
|    Facsimile (561) 446-1502 | Facsimile: (305) 221-8805 |
|    E-mail: zep@thepalmalawgroup.com | Email: jtherrera@herreralawfirm.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 18, 2020, I electronically filed the foregoing with the Clerk of the court by using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY:  /s/ Zandro E. Palma
Zandro E. Palma Esq.
Florida Bar No.: 0024031

**SERVICE LIST**
**Case No**: **1:20-cv-22700-KMW**

Jose-Trelles Herrera, Esq.
**HERRERA LAW FIRM, P.A.**
8370 W. Flagler Street, Suite 252
Miami, Florida 33144
Florida Bar No.: 113685
Telephone: (305) 445-1100
Facsimile: (305) 221-8805
Email: jtherrera@herreralawfirm.com
*Counsel for Defendants*

Zandro E. Palma Esq.
THE LAW OFFICES OF
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Phone:  (305) 446-1500
Fax:   (305) 446-1502
Email: zep@thepalmalawgroup.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:20-cv-22700-KMW

ROBERTO RUIZ
and other similarly situated individuals,

    Plaintiff(s),

v.

PURA VIDA MEDICAL CENTER, LLC

    Defendant,
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came on before this Honorable Court on the parties' Joint Stipulation of Dismissal with Prejudice, and after being fully apprised in the premises, it is hereby

**ORDERED and ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction for 60 days to enforce the terms of the parties' settlement, should such enforcement become necessary

DONE AND ORDERED in Chambers, in Dade County, Florida, this _____ day of _____, 2020.

                                          _____
                                          **EDWIN G. TORRES**
                                          **US MAGISTRATE JUDGE**

cc: All Counsel of Record